**SANDERS LAW GROUP**
Craig B. Sanders, Esq. (Cal Bar 284397)
csander@sanderslaw.group
Frances Lange, Esq. (Cal Bar 304892)
flange@sanderslaw.group
333 Earle Ovington Blvd., Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
File No.: 132525

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Global Weather Productions LLC,<br><br>Plaintiff,<br><br>v.<br><br>SMG - Monterey, LLC,<br><br>Defendant. | Case No. 3:26-cv-02550-CRB<br><br>**UNOPPOSED MOTION TO EXTEND SMG - MONTEREY, LLC TIME TO RESPOND TO INITIAL COMPLAINT** : ORDER<br><br>Judge: Hon. Charles R. Breyer<br><br>Complaint Filed: March 24, 2026 |

Plaintiff Global Weather Productions LLC ("Plaintiff"), by and though its undersigned counsel, hereby moves this Court for an order extending the deadline for Defendant SMG – Monterey, LLC ("Defendant") to answer or otherwise respond to the Complaint. This motion is unopposed. In support thereof, Plaintiff states as follows:

(1) Pursuant to Rule 12 of the Federal Rules of Civil Procedure, Defendant had through and including May 5, 2026, to respond to the Complaint;

(2) Counsel for the parties have met and conferred via telephone and email and are working to potentially resolve this matter;

Case No. 3:26-cv-02550-CRB                    - 1 -

UNOPPOSED MOTION TO EXTEND DEFENDANT'S TIME TO RESPOND TO INITIAL COMPLAINT

(3) The parties have agreed that Defendant's deadline to answer or otherwise respond to the Complaint should be extended by thirty (30) days, up to and including June 4, 2026.

(4) This request is made in good faith, is not sought for purposes of delay, and will not prejudice any party.

**FOR THE FOREGOING REASONS** Plaintiff respectfully requests that the Court enter an order that Defendant shall have an extension of time within which to answer or otherwise respond to the Complaint, with such extension to run through and including June 4, 2026.

DATED: April 28, 2026

**SANDERS LAW GROUP**
By: ___/s/ Frances Lange___
Frances Lange, Esq.
333 Earle Ovington Blvd., Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: flange@sanderslaw.group
*Attorneys for Plaintiff*

Date: April 30, 2026



IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

UNOPPOSED MOTION TO EXTEND DEFENDANT'S TIME TO RESPOND TO INITIAL COMPLAINT